UNITED STATES DISTRICT COURT

Northern District of California

SAM CHILES,

                Plaintiff(s),

   v.

KAISER FOUNDATION HOSPITALS,

                Defendant(s).

                                             /

No. C 12-05796 MEJ

**ORDER RE: STATUS**

     This matter is currently scheduled for a Case Management Conference on February 14, 2013. However, as there is no indication that Defendant(s) has/have been served, the Court VACATES the February 14 conference and ORDERS Plaintiff Sam Chiles to file a status report by February 21, 2013.

     **IT IS SO ORDERED.**

Dated: February 8, 2013

_____
Maria-Elena James
United States Magistrate Judge