Steven R. Anthony (SBN 37778)
Jane L. Trigero, Of Counsel (SBN 103575)
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, CA  94612-1427
Telephone:   (510) 285-2500
Facsimile:    (510) 285-2505
**Attorneys for Defendant**
**THE PERMANENTE MEDICAL GROUP, INC.**

Angela L. Morgan (SBN 208585)
LOGAN LAW GROUP
2410 Camino Ramon, Suite 274
San Ramon, California 94583
Telephone:  (925) 277-9794
Facsimile:  (925) 558-0012
**Attorney for Plaintiff**
**SAM CHILES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| SAM CHILES, | ) Case No.:  3:12-cv-05796-MEJ |
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION AND** ) **[PROPOSED] ORDER TO CONTINUE** ) **MEDIATION COMPLETION DEADLINE** |
| THE PERMANENTE MEDICAL GROUP, INC., and Does 1 through 50, | ) ) |
| Defendants. | ) ) ) ) |

          Plaintiff SAM CHILES and Defendant THE PERMANENTE MEDICAL GROUP, INC., by and through undersigned counsel, hereby stipulate to continue the date set to complete mediation from July 4, 2013 to October 1, 2013.

KNOX RICKSEN LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 500
OAKLAND, CALIFORNIA 94612-1427

- 1 -

KNOX RICKSEN LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 500
OAKLAND, CALIFORNIA 94612-1427

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Case Management Order of April 5, 2013, the Plaintiff's deposition was to be completed before mediation.  Due to the scheduling conflicts of the parties the deposition could not be scheduled until June 20, 2013.  Defense counsel's vacation and trial/arbitration calendar is completely booked and the first available date for a mediation session is September 25, 2013, which is a date that is agreeable with all counsel and the court-appointed mediator.  For these reasons, and good cause appearing, the parties request that the Court vacate July 4, 2013 as the date set to complete mediation and order that mediation be completed by October 1, 2013.

IT IS SO STIPULATED

DATED:  May 31, 2013                    KNOX RICKSEN LLP



                                        By: /s/ _____
                                            Jane L. Trigero
                                            Attorneys for Defendant
                                            THE PERMANENTE MEDICAL GROUP,
                                            INC.



DATED:  May 31, 2013                    LOGAN LAW GROUP



                                        By: /s/ _____
                                            Angela L. Morgan
                                            Attorney for Plaintiff
                                            SAM CHILES

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE

1

**ORDER**

2

     Pursuant to the stipulation of the Parties, and good cause appearing;

3

IT IS SO ORDERED that:

4

     The mediation completion deadline, previously set for July 4, 2013, is continued to

5

October 1, 2013.

6

7

DATED: ___June 3, 2013_____

8

          _____

THE HON. MARIA-ELENA JAMES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

By:  */s/*
_____
Jane L. Trigero

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE