United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CHILES,<br><br>           Plaintiff,<br><br>     v.<br><br>THE PERMANENTE MEDICAL GROUP,<br><br>           Defendant. | Case No.  12-cv-05796-MEJ<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND DIRECTING PARTIES TO FILE CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 12 |

On December 11, 2013, the Court denied Defendant's motion for summary judgment without prejudice.  Dkt. No. 42.  Currently, the parties are set for a pretrial conference on March 13, 2014.  Dkt. No. 12.

The Court hereby VACATES the pretrial conference and all pretrial dates and deadlines and ORDERS the parties to file an updated joint case management statement proposing a new dispositive motion deadline and pretrial deadlines by March 5, 2014.

**IT IS SO ORDERED.**

Dated: January 22, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge