UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAM CHILES,

    Plaintiff,

  v.

THE PERMANENTE MEDICAL GROUP,

    Defendant.

Case No. 12-cv-05796-MEJ

**ORDER VACATING HEARING RE: DOCKET NO. 44**

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on March 6, 2014. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: March 4, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge